COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| JOSE S. SOTO, | § | No. 08-17-00032-CR |
|  | § |  |
| Appellant, | | Appeal from |
|  | § | |
| v. | | County Court at Law No. 1 |
|  | § | |
| THE STATE OF TEXAS, | | of El Paso County, Texas |
|  | § | |
| Appellee. | | (TC # 20150C08344) |
|  | § | |

## MEMORANDUM OPINION

This appeal is before the Court to determine whether it should be dismissed. Rule 42.2(a) permits an appellate court to dismiss a criminal appeal on the appellant's motion at any time before the court's decision. TEX.R.APP.P. 42.2(a). Finding that Appellant has complied with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.

October 11, 2017
                                        ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)